NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBIN WEISS,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3105

---

Petition for review of the Merit Systems Protection Board in No. DC-315H-10-0671-B-1.

---

## ON MOTION

---

## O R D E R

The court construes Robin Weiss's July 8, 2014 motion for an extension of time to file the statement concerning discrimination and informal brief as a request for a 30-day extension of time.

Upon consideration thereof,

2                                                    WEISS v. MSPB


IT IS ORDERED THAT:

The motion is granted.  Weiss's Form 10, Statement Concerning Discrimination is due no later than August 15, 2014, and her opening brief is due no later than August 27, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25